**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN RE:
CARLENE FIELDS JONES
PO BOX 263
TATUM, SC 29594
SS#1: XXX-XX-0713

Bankruptcy No: 14-04195-dd

(CHAPTER 13)

Debtor(s)

**ORDER**

The trustee's motion for dismissal pursuant to the court's order filed December 08, 2015 due to the debtor's failure to MAKE PAYMENTS is hereby granted, and the case is dismissed.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**06/02/2016**



Entered: 06/03/2016

David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina